DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSE MANUEL COLON-LEON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1794

_____

April 1, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco,
Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.